IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| TRUSTEES OF THE SOUTHWEST OHIO REGIONAL COUNCIL OF CARPENTERS PENSION PLAN, et. al<br><br>Plaintiffs,<br><br>vs.<br><br>LEIGH'S SERVICES, INC.,<br><br>Defendant. | CASE NO.: 3:19-CV-244<br><br>Judge Walter H. Rice |

## ORDER STIPULATING STAY OF PROCEEDINGS

For the reasons set forth in the Parties' Joint Motion to Stay the proceedings and for good cause shown, all dates and deadlines related to this matter, including Defendant's response to the Complaint, are stayed until February 2nd, 2020. By that time, the parties will advise the Court whether a further stay is necessary.

IT IS SO ORDERED.

November 5, 2019

_____
Walter H. Rice,
United States District Court Judge

**Prepared by Counsel for Plaintiffs:**
Stephen P. Nevius (0092598)
Ledbetter Parisi LLC
5078 Wooster Road, Suite 400
Cincinnati, OH 45226
937-619-0900
937-619-0999 (fax)
snevius@fringebenefitlaw.com