IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| TRUSTEES OF THE SOUTHWEST OHIO REGIONAL COUNCIL OF CARPENTERS PENSION PLAN, et. al. | ) CASE NO.: 3:19-CV-244 ) ) ) Judge Walter H. Rice |
| Plaintiffs, | |
| vs. | |
| LEIGH'S SERVICES, INC., | |
| Defendant. | |

**[PROPOSED] ORDER STIPULATING STAY OF PROCEEDINGS**

For the reasons set forth in the Parties' Joint Motion to Stay the proceedings and for good cause shown, this matter is stayed until March 1st, 2020. By that time, the parties will advise the Court whether a further stay is necessary.

IT IS SO ORDERED.

~~2-20~~ 2-10-20, 2020

Walter H. Rice,
United States District Court Judge