IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| TRUSTEES OF THE SOUTHWEST OHIO REGIONAL COUNCIL OF CARPENTERS PENSION PLAN, et. al.<br><br>Plaintiffs,<br><br>vs.<br><br>LEIGH'S SERVICES, LLC,<br><br>Defendant. | CASE NO.: 3:19-CV-244<br><br>Judge Walter H. Rice |

## ORDER FOR DISMISSAL

Upon the Parties' Motion for Dismissal, the Court being duly advised, it is hereby ORDERED that Plaintiffs' Complaint is dismissed, without prejudice, at Plaintiffs' cost.

3-9-20
Date

_____
Judge Walter H. Rice